# United States Court of Appeals

## For the Eighth Circuit

_____

No. 25-2696

_____

Rosalind A. Clayton

*Plaintiff - Appellant*

v.

United States Postal Service; American Postal Workers Union; David Steiner,
Postmaster General

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: July 21, 2026
Filed: July 24, 2026
[Unpublished]

_____

Before LOKEN, L.R. SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Rosalind Clayton appeals following the district court's[1] dismissal of her civil rights action. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Waters v. Madson, 921 F.3d 725, 734 (8th Cir. 2019) (dismissal for failure to state claim is reviewed de novo); Said v. Mayo Clinic, 44 F.4th 1142, 1147 (8th Cir. 2022) (grant of summary judgment is reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Stephen R. Clark, Chief Judge, United States District Court for the Eastern District of Missouri.